No. 09-9833. Salvador Avila-Rivera, Petitioner v. United States.

559 U.S. 1100, 130 S. Ct. 2393, 176 L. Ed. 2d 783, 2010 U.S. LEXIS 3624.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 841.

No. 09-9836. Juan Manuel Ortiz-Alvear, Petitioner v. United States Attorney's Office, et al.

559 U.S. 1100, 130 S. Ct. 2393, 176 L. Ed. 2d 783, 2010 U.S. LEXIS 3517.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-9840. Frank J. Dumont, Petitioner v. United States.

559 U.S. 1101, 130 S. Ct. 2393, 176 L. Ed. 2d 783, 2010 U.S. LEXIS 3633.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 345 Fed. Appx. 586.

No. 09-9843. Lydia Tsosie, Petitioner v. Arizona, et al.

559 U.S. 1101, 130 S. Ct. 2393, 176 L. Ed. 2d 783, 2010 U.S. LEXIS 3654,

April 26, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

No. 09-9844. Robert Upshaw, aka Robert Epps, Petitioner v. United States.

559 U.S. 1101, 130 S. Ct. 2393, 176 L. Ed. 2d 783, 2010 U.S. LEXIS 3491.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 362 Fed. Appx. 118.

No. 09-9847. Bill Watson, Petitioner v. United States.

559 U.S. 1101, 130 S. Ct. 2393, 176 L. Ed. 2d 783, 2010 U.S. LEXIS 3583.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9848. Ransom Nyamaharo, Petitioner v. United States.

559 U.S. 1101, 130 S. Ct. 2394, 176 L. Ed. 2d 783, 2010 U.S. LEXIS 3568.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 899.

No. 09-9851. Keith Jennings, Petitioner v. United States.

559 U.S. 1101, 130 S. Ct. 2394, 176 L. Ed. 2d 783, 2010 U.S. LEXIS 3622.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 355 Fed. Appx. 440.